**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 1:10-CR-00086-21-RWS |
| IRVIN MEJIA-CRUZ, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

This case is before the Court for consideration of the Report and Recommendation [631] of Magistrate Judge E. Clayton Scofield, III. The Report and Recommendation is received with approval and adopted as the Opinion and Order of this Court. By Order [668] entered December 15, 2011, the Court has ruled that all attorneys in this action will be authorized to receive interim payments. Thus, the Motion to Authorize Interim Payments [449] is **GRANTED**. The Renewed Motion [583] was granted in the Court's previously entered Order [668].

**SO ORDERED** this __16th__ day of December, 2011.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE